UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY, a New York
Corporation,

                 Plaintiff,

- against -

PACESETTER NATIONAL
CORPORATION aka PACESETTER
ADJUSTMENT COMPANY,

                 Defendant.

**ORDER OF DISMISSAL**

19 Civ. 8305 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending dates and deadlines are adjourned <u>sine die</u>, and any pending motions are moot.

Dated: New York, New York
       January 31, 2020

                                              SO ORDERED.

                                              _____
                                              Paul G. Gardephe
                                              United States District Judge